FILED
10 MAR -4 PM 3:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: __/MtB__  DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR4677-WQH |
| v. | JUDGMENT AND COMMITMENT |
| ISAIAS CAMPOS-ANRRUBIO | Brian J. White, CJA. |
| | Defendant's Attorney |

REGISTRATION NO. 17128298

VIOLATION: 8 U.S.C. 1325 - Illegal Entry (Misdemeanor)

_x_ Defendant pleaded guilty to count 1 of the Superseding Information charging 8 U.S.C. 1325 - Illegal Entry (Misdemeanor)
___ Count(s)_____ dismissed on the government's oral motion.
_X_ Underlying _____INFORMATION_____ dismissed on the government's oral motion.

**JUDGMENT AND COMMITMENT**

_x_ Defendant is adjudged guilty on count 1 of the Superseding Information charging 8 U.S.C. 1325 - Illegal Entry (Misdemeanor)

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
6 Months

_x_ NO SUPERVISED Release imposed.
on the following conditions:
___ obey all laws, Federal, State and Municipal
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
_x_ Penalty assessment of $ 10.00 (Waived)
_x_ Fine waived      ___ Fine of $

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.
    IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

FEBRUARY 25, 2010
Date of Imposition of Sentence

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: